**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ALINA VAZQUEZ,** individually and on
behalf of all others similarly situated,

     **Plaintiff,**

v.                        **CASE No.:**

**MARRIOTT INTERNATIONAL, INC.,**

     **Defendant.**

_____/

## CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL

1.     The Plaintiff, Alina Vazquez, sues Defendant, Marriott International, Inc., on behalf of herself and similarly situated present and former employees, alleging that Defendant failed to provide required notices of their right to continued health care coverage under the Consolidated Omnibus Budget Reconciliation Act of 1985 ("COBRA").

2.     Plaintiff, Alina Vazquez ("Plaintiff"), on behalf of herself and the Class set forth below, bring this class action against Defendant, Marriott International, Inc. ("Defendant"), for violating the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended by the Consolidated Omnibus Budget Reconciliation Act of 1985 ("COBRA").

3.     Defendant, the plan sponsor of the Health Plan ("Plan"), has repeatedly violated ERISA by failing to provide participants and beneficiaries in the Plan with adequate notice, as prescribed by COBRA, of their right to continue their health coverage upon the occurrence of a "qualifying event" as defined by the statute. As a result of these violations, which threaten Class Members' ability to maintain their health coverage, Plaintiffs seek

statutory penalties, injunctive relief, attorneys' fees, costs and expenses, and other appropriate relief as set forth herein and provided by law.

## JURISDICTION AND VENUE

4.      This Court has jurisdiction over this action pursuant to 29 U.S.C. § 1132(e) and (f), and also pursuant to 28 U.S.C. §§ 1331 and 1355.

5.      Venue is proper in this District pursuant to 29 U.S.C. § 1132(e)(2) because the statutory violations at issue took place in this District, and Defendant has business operations in this District.

## PARTIES

6.      Plaintiff is a Florida resident and former employee of Defendant who was a covered employee and participant in the Plan the day before the termination of her employment on October 3, 2016, which was a qualifying event within the meaning of 29 U.S.C. § 1163(2), rendering her a qualified beneficiary of the Plan pursuant to 29 U.S.C. § 1167(3).

7.      Defendant is a foreign corporation with its headquarters in Maryland, and employed more than 20 employees who were members of the Plan in each year from 2011 to 2016. Defendant is the Plan sponsor within the meaning of 29 U.S.C. §1002(16)(B), and the administrator of the Plan within the meaning of 29 U.S.C. § 1002(16)(A). The Plan provides medical benefits to employees and their beneficiaries, and is an employee welfare benefit plan within the meaning of 29 U.S.C. § 1002(1) and a group health plan within the meaning of 29 U.S.C. § 1167(1).

2

## FACTUAL ALLEGATIONS

### *COBRA Notice Requirements*

8.      The COBRA amendments to ERISA include certain provisions relating to continuation of health coverage upon termination of employment or another "qualifying event" as defined by the statute.

9.      Among other things, COBRA requires the plan sponsor of each group health plan normally employing more than 20 employees on a typical business day during the preceding year to provide "each qualified beneficiary who would lose coverage under the plan as a result of a qualifying event … to elect, within the election period, continuation coverage under the plan." 29 U.S.C. § 1161.

10.     COBRA further requires the administrator of such a group health plan to provide notice to any qualified beneficiary of their continuation of coverage rights under COBRA upon the occurrence of a qualifying event. 29 U.S.C. § 1166(a)(4). This notice must be "[i]n accordance with the regulations prescribed by the Secretary" of Labor. 29 U.S.C. § 1166(a).

11.     The relevant regulations prescribed by the Secretary of Labor concerning notice of continuation of coverage rights are set forth in 29 C.F.R. § 2590.606-4 and the Appendix thereto.

12.     Section 2590.606-4(b)(1), states:

> Except as provided in paragraph (b)(2) or (3) of this section, upon receipt of a notice of qualifying event …, the administrator shall furnish to each qualified beneficiary, not later than 14 days after receipt of the notice of qualifying event, a notice meeting the requirements of paragraph (b)(4) of this section.

13.     Section 2590.606-4(b)(4), in turn, provides as follows:

3

(4)  The notice required by this paragraph (b) shall be written in a manner calculated to be understood by the average plan participant and shall contain the following information:

(i) The name of the plan under which continuation coverage is available; and the name, address and telephone number of the party responsible under the plan for the administration of continuation coverage benefits;

(ii) Identification of the qualifying event;

(iii) Identification, by status or name, of the qualified beneficiaries who are recognized by the plan as being entitled to elect continuation coverage with respect to the qualifying event, and the date on which coverage under the plan will terminate (or has terminated) unless continuation coverage is elected;

(iv) A statement that each individual who is a qualified beneficiary with respect to the qualifying event has an independent right to elect continuation coverage, that a covered employee or a qualified beneficiary who is the spouse of the covered employee (or was the spouse of the covered employee on the day before the qualifying event occurred) may elect continuation coverage on behalf of all other qualified beneficiaries with respect to the qualifying event, and that a parent or legal guardian may elect continuation coverage on behalf of a minor child;

(v) An explanation of the plan's procedures for electing continuation coverage, including an explanation of the time period during which the election must be made, and the date by which the election must be made;

(vi) An explanation of the consequences of failing to elect or waiving continuation coverage, including an explanation that a qualified beneficiary's decision whether to elect continuation coverage will affect the future rights of qualified beneficiaries to portability of group health coverage, guaranteed access to individual health coverage, and special enrollment under part 7 of title I of the Act, with a reference to where a qualified beneficiary may obtain additional information about such rights; and a description of the plan's procedures for revoking a waiver of the right to continuation coverage before the date by which the election must be made;

(vii)  A description of the continuation coverage that will be made available under the plan, if elected, including the date on which such coverage will commence, either by providing a description of

4

the coverage or by reference to the plan's summary plan description;

(viii) An explanation of the maximum period for which continuation coverage will be available under the plan, if elected; an explanation of the continuation coverage termination date; and an explanation of any events that might cause continuation coverage to be terminated earlier than the end of the maximum period;

(ix) A description of the circumstances (if any) under which the maximum period of continuation coverage may be extended due either to the occurrence of a second qualifying event or a determination by the Social Security Administration, under title II or XVI of the Social Security Act (42 U.S.C. 401 et seq. or 1381 et seq.) (SSA), that the qualified beneficiary is disabled, and the length of any such extension;

(x)  In the case of a notice that offers continuation coverage with a maximum duration of less than 36 months, a description of the plan's requirements regarding the responsibility of qualified beneficiaries to provide notice of a second qualifying event and notice of a disability determination under the SSA, along with a description of the plan's procedures for providing such notices, including the times within which such notices must be provided and the consequences of failing to provide such notices. The notice shall also explain the responsibility of qualified beneficiaries to provide notice that a disabled qualified beneficiary has subsequently been determined to no longer be disabled;

(xi) A description of the amount, if any, that each qualified beneficiary will be required to pay for continuation coverage;

(xii)  A description of the due dates for payments, the qualified beneficiaries' right to pay on a monthly basis, the grace periods for payment, the address to which payments should be sent, and the consequences of delayed payment and non-payment;

(xiii) An explanation of the importance of keeping the administrator informed of the current addresses of all participants or beneficiaries under the plan who are or may become qualified beneficiaries; and

(xiv) A statement that the notice does not fully describe continuation coverage or other rights under the plan, and that more complete information regarding such rights is available in the

plan's summary plan description or from the plan administrator.

14. To facilitate compliance with these notice obligations, the United States Department of Labor ("DOL") has issued a Model COBRA Continuation Coverage Election Notice ("Model Notice"), which is included in the Appendix to 29 C.F.R. § 2590.606-4. A copy of this Model Notice is attached hereto as Exhibit A. The DOL website states that the DOL "will consider use of the model election notice, appropriately completed, good faith compliance with the election notice content requirements of COBRA."

15. In the event that a plan administrator declines to use the Model Notice and fails to meet the notice requirements of 29 U.S.C. § 1166 and 29 C.F.R. § 2590.606-4, the administrator is subject to statutory penalties of up to $110 per participant or beneficiary per day from the date of such failure. 29 U.S.C. § 1132(c)(1). In addition, the Court may order such other relief as it deems proper, including but not limited to injunctive relief pursuant to 29 U.S.C. § 1132(a)(3) and payment of attorneys' fees and expenses pursuant to 29 U.S.C. § 1132(g)(1).

*Defendant's Notice Is Inadequate and Fails to Comply with COBRA*

16. Defendant partially adhered to the Model Notice provided by the Secretary of Labor, but only to the extent that served Defendant's best interests, as critical parts are omitted or altered in violation of 29 C.F.R. § 2590.606-4. Defendant authored and disseminated a notice that was not appropriately completed, deviating from the model form in violation of COBRA's requirements, which failed to provide Plaintiff notice of all required coverage information and hindered Plaintiff's ability to obtain continuation coverage, as explained further below. A copy of Defendant's notice is attached hereto as Exhibit B.

Among other things:

a. The Notice violates 29 C.F.R. § 2590.606-4(b)(4)(i) because it fails to provide the name, address and telephone number of the party responsible under the plan for the administration of continuation coverage benefits. Nowhere in the notice provided to Plaintiff is any party or entity clearly and unambiguously identified as the Plan Administrator.

b. The Notice violates 29 C.F.R. § 2590.606-4(b)(4)(iv) because it fails to provide all required explanatory information; There is no explanation that a legal guardian may elect continuation coverage on behalf of a minor child, or a minor child who may later become a qualified beneficiary.

c. The Notice violates 29 C.F.R. § 2590.606-4(b)(4)(vi) because it fails to provide an explanation of the consequences of failing to elect or waiving continuation coverage, including an explanation that a qualified beneficiary's decision whether to elect continuation coverage will affect the future rights of qualified beneficiaries to portability of group health coverage, guaranteed access to individual health coverage, and special enrollment under part 7 of title I of the Act, with a reference to where a qualified beneficiary may obtain additional information about such rights; and a description of the plan's procedures for revoking a waiver of the right to continuation coverage before the date by which the election must be made.

### Plaintiff Alina Vazquez

17.    Plaintiff was employed by Defendant as a House Keeper from November 1998 to October 2016.

18.    Plaintiff experienced a qualifying event (termination) on October 3, 2016. Importantly, for purposes of COBRA, Plaintiff was not terminated for gross misconduct.

19.    Following this qualifying event, Defendant mailed Plaintiff the notice attached hereto as Exhibit B on October 11, 2016.

20.    The COBRA notice that Plaintiff received was deficient for the reasons set forth in Paragraph 16 above (among other reasons).

21.    Plaintiff was unable to obtain continuation coverage after receiving the deficient election notice.

## CLASS ACTION ALLEGATIONS

22.    Plaintiffs bring this action as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure on behalf of the following persons:

> **All participants and beneficiaries in the Defendant's Health Plan who were sent a COBRA notice by Defendant during the applicable statute of limitations period, as a result of a qualifying event as determined by Defendant.**

23.    Because no administrative remedies are required, Plaintiff has sought none and seeks to move forward with the putative class action.

24.    <u>Numerosity:</u> The Class is so numerous that joinder of all Class members is impracticable. On information and belief, hundreds or thousands of individuals satisfy the definition of the Class.

25.    <u>Typicality:</u> Plaintiffs' claims are typical of the Class. The COBRA notice that Defendant sent to Plaintiffs was a form notice that was uniformly provided to all Class members. As such, the COBRA notice that Plaintiffs received was typical of the COBRA notices that other Class Members received, and suffered from the same deficiencies.

26.    <u>Adequacy:</u> Plaintiffs will fairly and adequately protect the interests of the Class members, they have no interests antagonistic to the class, and have retained counsel experienced in complex class action litigation.

27.    <u>Commonality:</u> Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class, including but not limited to:

      a.   Whether the Plan is a group health plan within the meaning of 29 U.S.C. § 1167(1).

8

b.  Whether Defendant's COBRA notice complied with the requirements of 29 U.S.C. § 1166(a) and 29 C.F.R. § 2590.606-4;

c.  Whether statutory penalties should be imposed against Defendant under 29 U.S.C. § 1132(c)(1) for failing to comply with COBRA notice requirements, and if so, in what amount;

d.  The appropriateness and proper form of any injunctive relief or other equitable relief pursuant to 29 U.S.C. § 1132(a)(3); and

e.  Whether (and the extent to which) other relief should be granted based on Defendant's failure to comply with COBRA notice requirements.

28.  Class Members do not have an interest in pursuing separate individual actions against Defendant, as the amount of each Class Member's individual claims is relatively small compared to the expense and burden of individual prosecution. Class certification also will obviate the need for unduly duplicative litigation that might result in inconsistent judgments concerning Defendant's practices and the adequacy of its COBRA notice. Moreover, management of this action as a class action will not present any likely difficulties. In the interests of justice and judicial efficiency, it would be desirable to concentrate the litigation of all Class Members' claims in a single action.

29.  Plaintiff intends to send notice to all Class Members to the extent required by Rule 23(c)(2) of the Federal Rules of Civil Procedure.

30.  The names and addresses of the Class Members are available from Defendant's records.

## CLASS CLAIM I FOR RELIEF

### *Violation of 29 U.S.C. § 1166(a) and 29 C.F.R. § 2590.606-4*

31.     Plaintiff repeats and incorporates the allegations contained in the foregoing paragraphs as if fully set forth herein.

32.     The Plan is a group health plan within the meaning of 29 U.S.C. § 1167(1).

33.     Defendant is the sponsor and administrator of the Plan, and was subject to the continuation of coverage and notice requirements of COBRA.

34.     Plaintiffs and the other members of the Class experienced a "qualifying event" as defined by 29 U.S.C. § 1163, and Defendant was aware that they had experienced such a qualifying event.

35.     On account of such qualifying event, Defendant sent Plaintiffs and the Class Members a COBRA notice in the form attached hereto as Exhibit B.

36.     The COBRA notice that Defendant sent to Plaintiffs and other Class Members violated 29 U.S.C. § 1166(a) and 29 C.F.R. § 2590.606-4 for the reasons set forth in Paragraph 16 above (among other reasons).

37.     These violations were material and willful.

38.     Defendant knew that its notice was inconsistent with the Secretary of Labor's Model Notice and failed to comply with 29 U.S.C. § 1166(a) and 29 C.F.R. § 2590.606-4, but chose to use a non-compliant notice in deliberate or reckless disregard of the rights of Plaintiffs and other Class Members.

## PRAYER FOR RELIEF

*WHEREFORE*, Plaintiff, individually and on behalf of the Class, pray for relief as follows: Designating Plaintiff's counsel as counsel for the Class;

a.  Issuing proper notice to the Class at Defendant's expense;

b.  Declaring that the COBRA notice sent by Defendant to Plaintiffs and other Class Members violated 29 U.S.C. § 1166(a) and 29 C.F.R. § 2590.606-4;

c.  Awarding appropriate equitable relief pursuant to 29 U.S.C. § 1132(a)(3), including but not limited to an order enjoining Defendant from continuing to use its defective COBRA notice and requiring Defendant to send corrective notices;

d.  Awarding statutory penalties to the Class pursuant to 29 U.S.C. § 1132(c)(1) and 29 C.F.R. § 2575.502c-1 in the amount of $110 per day for each Class Member who was sent a defective COBRA notice by Defendant;

e.  Awarding attorneys' fees, costs and expenses to Plaintiffs' counsel as provided by 29 U.S.C. § 1132(g)(1) and other applicable law;

f.  Granting such other and further relief, in law or equity, as this Court deems appropriate;

g.  Designating Plaintiffs' counsel as counsel for the Class;

h.  Issuing proper notice to the Class at Defendant's expense;

i.  Declaring that the COBRA notice sent by Defendant to Plaintiffs and other Class Members violated 29 U.S.C. § 1166(a) and 29 C.F.R. § 2590.606-4;

j.  Awarding appropriate equitable relief pursuant to 29 U.S.C. § 1132(a)(3), including but not limited to an order enjoining Defendant from continuing to use its defective COBRA notice and requiring Defendant to send corrective notices;

k.  Awarding statutory penalties to the Class pursuant to 29 U.S.C. § 1132(c)(1) and 29 C.F.R. § 2575.502c-1 in the amount of $110 per day for each Class Member who was sent a defective COBRA notice by Defendant;

l.  Awarding attorneys' fees, costs and expenses to Plaintiffs' counsel as provided by 29 U.S.C. § 1132(g)(1) and other applicable law; and

m.  Granting such other and further relief, in law or equity, as this Court deems appropriate.

## JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff and the Class

demand a trial by jury.

Dated this _____ day of January, 2017.

Respectfully submitted,

**LUIS A. CABASSA**
Florida Bar Number: 053643
Direct No.: 813-379-2565
**BRANDON J. HILL**
Florida Bar Number: 37061
Direct No.: 813-337-7992
**WENZEL FENTON CABASSA, P.A.**
1110 North Florida Ave.
Suite 300
Tampa, Florida 33602
Main No.: 813-224-0431
Facsimile: 813-229-8712
Email: lcabassa@wfclaw.com
Email: bhill@wfclaw.com
Email: mk@wfclaw.com
**Attorneys for Plaintiff**

# Exhibit A

**Model COBRA Continuation Coverage Election Notice**
**Instructions**

The Department of Labor has developed a model Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA) continuation coverage election notice that the Plan may use to provide the election notice. To use this model election notice properly, the Plan Administrator must fill in the blanks with the appropriate plan information. The Department considers use of the model election notice to be good faith compliance with the election notice content requirements of COBRA. The use of the model notices isn't required. The model notices are provided to help facilitate compliance with the applicable notice requirements.

**NOTE:** Plans do *not* need to include this instruction page with the model election notice.

**Paperwork Reduction Act Statement**

According to the Paperwork Reduction Act of 1995 (Pub. L. 104-13) (PRA), no persons are required to respond to a collection of information unless such collection displays a valid Office of Management and Budget (OMB) control number. The Department notes that a Federal agency cannot conduct or sponsor a collection of information unless it is approved by OMB under the PRA, and displays a currently valid OMB control number, and the public is not required to respond to a collection of information unless it displays a currently valid OMB control number. See 44 U.S.C. 3507. Also, notwithstanding any other provisions of law, no person shall be subject to penalty for failing to comply with a collection of information if the collection of information does not display a currently valid OMB control number. See 44 U.S.C. 3512.

The public reporting burden for this collection of information is estimated to average approximately four minutes per respondent. Interested parties are encouraged to send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the U.S. Department of Labor, Office of Policy and Research, Attention: PRA Clearance Officer, 200 Constitution Avenue, N.W., Room N-5718, Washington, DC 20210 or email ebsa.opr@dol.gov and reference the OMB Control Number 1210-0123.

OMB Control Number 1210-0123 (expires 10/31/2016)]

<u>**Model COBRA Continuation Coverage Election Notice**</u>
**(For use by single-employer group health plans)**

**IMPORTANT INFORMATION: COBRA Continuation Coverage and other Health Coverage Alternatives**

[*Enter date of notice*]

Dear: [*Identify the qualified beneficiary(ies), by name or status*]

**This notice has important information about your right to continue your health care coverage in the [*enter name of group health plan*] (the Plan), as well as other health coverage options that may be available to you, including coverage through the Health Insurance Marketplace at <u>www.HealthCare.gov</u> or call 1-800-318-2596.   You may be able to get coverage through the Health Insurance Marketplace that costs less than COBRA continuation coverage.** Please read the information in this notice very carefully before you make your decision.  If you choose to elect COBRA continuation coverage, you should use the election form provided later in this notice.

**Why am I getting this notice?**

You're getting this notice because your coverage under the Plan will end on [*enter date*] due to [*check appropriate box*]:

☐ End of employment          ☐ Reduction in hours of employment
☐ Death of employee          ☐ Divorce or legal separation
☐ Entitlement to Medicare    ☐ Loss of dependent child status

Federal law requires that most group health plans (including this Plan) give employees and their families the opportunity to continue their health care coverage through COBRA continuation coverage when there's a "qualifying event" that would result in a loss of coverage under an employer's plan.

**What's COBRA continuation coverage?**

COBRA continuation coverage is the same coverage that the Plan gives to other participants or beneficiaries who aren't getting continuation coverage.  Each "qualified beneficiary" (described below) who elects COBRA continuation coverage will have the same rights under the Plan as other participants or beneficiaries covered under the Plan.

**Who are the qualified beneficiaries?**

Each person ("qualified beneficiary") in the category(ies) checked below can elect COBRA continuation coverage:

☐ Employee or former employee
☐ Spouse or former spouse
☐ Dependent child(ren) covered under the Plan on the day before the event that caused the loss of coverage
☐ Child who is losing coverage under the Plan because he or she is no longer a dependent under the Plan

**Are there other coverage options besides COBRA Continuation Coverage?**

Yes.  Instead of enrolling in COBRA continuation coverage, there may be other more affordable coverage options for you and your family through the Health Insurance Marketplace, Medicaid, or other group health plan coverage options (such as a spouse's plan) through what is called a "special enrollment period."  Some of these options may cost less than COBRA continuation coverage.

You should compare your other coverage options with COBRA continuation coverage and choose the coverage that is best for you.  For example, if you move to other coverage you may pay more out of pocket than you would under COBRA because the new coverage may impose a new deductible.

When you lose job-based health coverage, it's important that you choose carefully between COBRA continuation coverage and other coverage options, because once you've made your choice, it can be difficult or impossible to switch to another coverage option.

**If I elect COBRA continuation coverage, when will my coverage begin and how long will the coverage last?**

If elected, COBRA continuation coverage will begin on [*enter date*] and can last until [*enter date*].
[*Add, if appropriate:*  You may elect any of the following options for COBRA continuation coverage: [*list available coverage options*].
Continuation coverage may end before the date noted above in certain circumstances, like failure to pay premiums, fraud, or the individual becomes covered under another group health plan.

**Can I extend the length of COBRA continuation coverage?**

If you elect continuation coverage, you may be able to extend the length of continuation coverage if a qualified beneficiary is disabled, or if a second qualifying event occurs.  You must notify [*enter name of party responsible for COBRA administration*] of a disability or a second qualifying event within a certain time period to extend the period of continuation coverage.  If you don't provide notice of a disability or second qualifying event within the required time period, it will affect your right to extend the period of continuation coverage.

For more information about extending the length of COBRA continuation coverage visit
http://www.dol.gov/ebsa/publications/cobraemployee.html.

**How much does COBRA continuation coverage cost?**

COBRA continuation coverage will cost: [*enter amount each qualified beneficiary will be
required to pay for each option per month of coverage and any other permitted coverage
periods.*]

Other coverage options may cost less. If you choose to elect continuation coverage, you don't
have to send any payment with the Election Form. Additional information about payment will
be provided to you after the election form is received by the Plan. Important information about
paying your premium can be found at the end of this notice.

**You may be able to get coverage through the Health Insurance Marketplace that costs less
than COBRA continuation coverage.** You can learn more about the Marketplace below.

**What is the Health Insurance Marketplace?**

The Marketplace offers "one-stop shopping" to find and compare private health insurance
options. In the Marketplace, you could be eligible for a new kind of tax credit that lowers your
monthly premiums and cost-sharing reductions (amounts that lower your out-of-pocket costs for
deductibles, coinsurance, and copayments) right away, and you can see what your premium,
deductibles, and out-of-pocket costs will be before you make a decision to enroll. Through the
Marketplace you'll also learn if you qualify for free or low-cost coverage from Medicaid or the
Children's Health Insurance Program (CHIP). You can access the Marketplace for your state at
www.HealthCare.gov.

Coverage through the Health Insurance Marketplace may cost less than COBRA continuation
coverage. Being offered COBRA continuation coverage won't limit your eligibility for coverage
or for a tax credit through the Marketplace.

**When can I enroll in Marketplace coverage?**

You always have 60 days from the time you lose your job-based coverage to enroll in the
Marketplace. That is because losing your job-based health coverage is a "special enrollment"
event. **After 60 days your special enrollment period will end and you may not be able to
enroll, so you should take action right away.** In addition, during what is called an "open
enrollment" period, anyone can enroll in Marketplace coverage.

To find out more about enrolling in the Marketplace, such as when the next open enrollment
period will be and what you need to know about qualifying events and special enrollment
periods, visit www.HealthCare.gov.

**If I sign up for COBRA continuation coverage, can I switch to coverage in the Marketplace?  What about if I choose Marketplace coverage and want to switch back to COBRA continuation coverage?**

If you sign up for COBRA continuation coverage, you can switch to a Marketplace plan during a Marketplace open enrollment period.  You can also end your COBRA continuation coverage early and switch to a Marketplace plan if you have another qualifying event such as marriage or birth of a child through something called a "special enrollment period."  But be careful though - if you terminate your COBRA continuation coverage early without another qualifying event, you'll have to wait to enroll in Marketplace coverage until the next open enrollment period, and could end up without any health coverage in the interim.

Once you've exhausted your COBRA continuation coverage and the coverage expires, you'll be eligible to enroll in Marketplace coverage through a special enrollment period, even if Marketplace open enrollment has ended.

If you sign up for Marketplace coverage instead of COBRA continuation coverage, you cannot switch to COBRA continuation coverage under any circumstances.

**Can I enroll in another group health plan?**

You may be eligible to enroll in coverage under another group health plan (like a spouse's plan), if you request enrollment within 30 days of the loss of coverage.

If you or your dependent chooses to elect COBRA continuation coverage instead of enrolling in another group health plan for which you're eligible, you'll have another opportunity to enroll in the other group health plan within 30 days of losing your COBRA continuation coverage.

**What factors should I consider when choosing coverage options?**

When considering your options for health coverage, you may want to think about:

- Premiums: Your previous plan can charge up to 102% of total plan premiums for COBRA coverage.  Other options, like coverage on a spouse's plan or through the Marketplace, may be less expensive.
- Provider Networks: If you're currently getting care or treatment for a condition, a change in your health coverage may affect your access to a particular health care provider.  You may want to check to see if your current health care providers participate in a network as you consider options for health coverage.
- Drug Formularies: If you're currently taking medication, a change in your health coverage may affect your costs for medication – and in some cases, your medication may not be covered by another plan.  You may want to check to see if your current medications are listed in drug formularies for other health coverage.
- Severance payments:  If you lost your job and got a severance package from your former employer, your former employer may have offered to pay some or all of your COBRA

payments for a period of time.  In this scenario, you may want to contact the Department of Labor at 1-866-444-3272 to discuss your options.

- Service Areas: Some plans limit their benefits to specific service or coverage areas – so if you move to another area of the country, you may not be able to use your benefits.  You may want to see if your plan has a service or coverage area, or other similar limitations.
- Other Cost-Sharing: In addition to premiums or contributions for health coverage, you probably pay copayments, deductibles, coinsurance, or other amounts as you use your benefits.  You may want to check to see what the cost-sharing requirements are for other health coverage options.  For example, one option may have much lower monthly premiums, but a much higher deductible and higher copayments.

**For more information**

This notice doesn't fully describe continuation coverage or other rights under the Plan.  More information about continuation coverage and your rights under the Plan is available in your summary plan description or from the Plan Administrator.

If you have questions about the information in this notice, your rights to coverage, or if you want a copy of your summary plan description, contact [*enter name of party responsible for COBRA administration for the Plan, with telephone number and address*].

For more information about your rights under the Employee Retirement Income Security Act (ERISA), including COBRA, the Patient Protection and Affordable Care Act, and other laws affecting group health plans, visit the U.S. Department of Labor's Employee Benefits Security Administration (EBSA) website at www.dol.gov/ebsa or call their toll-free number at 1-866-444-3272.  For more information about health insurance options available through the Health Insurance Marketplace, and to locate an assister in your area who you can talk to about the different options, visit www.HealthCare.gov.

**Keep Your Plan Informed of Address Changes**

To protect your and your family's rights, keep the Plan Administrator informed of any changes in your address and the addresses of family members.  You should also keep a copy of any notices you send to the Plan Administrator.

**COBRA Continuation Coverage Election Form**

**Instructions:** To elect COBRA continuation coverage, complete this Election Form and return it to us. Under federal law, you have 60 days after the date of this notice to decide whether you want to elect COBRA continuation coverage under the Plan.

Send completed Election Form to: [*Enter Name and Address*]

This Election Form must be completed and returned by mail [*or describe other means of submission and due date*]. If mailed, it must be post-marked no later than [*enter date*].

If you don't submit a completed Election Form by the due date shown above, you'll lose your right to elect COBRA continuation coverage. If you reject COBRA continuation coverage before the due date, you may change your mind as long as you submit a completed Election Form before the due date. However, if you change your mind after first rejecting COBRA continuation coverage, your COBRA continuation coverage will begin on the date you submit the completed Election Form.

Read the important information about your rights included in the pages after the Election Form.

I (We) elect COBRA continuation coverage in the [*enter name of plan*] (the Plan) listed below:

| Name | Date of Birth | Relationship to Employee | SSN (or other identifier) |
|------|---------------|--------------------------|---------------------------|

a. _____

   [*Add if appropriate:* Coverage option elected: _____ ]

b. _____

   [*Add if appropriate:* Coverage option elected: _____ ]

c. _____

   [*Add if appropriate:* Coverage option elected: _____ ]


_____        _____
Signature                                Date


_____        _____
Print Name                               Relationship to individual(s) listed above


_____

_____

_____        _____
Print Address                            Telephone number


21

## Important Information About Payment

*First payment for continuation coverage*

You must make your first payment for continuation coverage no later than 45 days after the date of your election (this is the date the Election Notice is postmarked). If you don't make your first payment in full no later than 45 days after the date of your election, you'll lose all continuation coverage rights under the Plan. You're responsible for making sure that the amount of your first payment is correct. You may contact [*enter appropriate contact information, e.g., the Plan Administrator or other party responsible for COBRA administration under the Plan*] to confirm the correct amount of your first payment.

*Periodic payments for continuation coverage*

After you make your first payment for continuation coverage, you'll have to make periodic payments for each coverage period that follows. The amount due for each coverage period for each qualified beneficiary is shown in this notice. The periodic payments can be made on a monthly basis. Under the Plan, each of these periodic payments for continuation coverage is due [*enter due day for each monthly payment*] for that coverage period. [*If Plan offers other payment schedules, enter with appropriate dates:* You may instead make payments for continuation coverage for the following coverage periods, due on the following dates:]. If you make a periodic payment on or before the first day of the coverage period to which it applies, your coverage under the Plan will continue for that coverage period without any break. The Plan [*select one:* will *or* will not] send periodic notices of payments due for these coverage periods.

*Grace periods for periodic payments*

Although periodic payments are due on the dates shown above, you'll be given a grace period of 30 days after the first day of the coverage period [*or enter longer period permitted by Plan*] to make each periodic payment. You'll get continuation coverage for each coverage period as long as payment for that coverage period is made before the end of the grace period. [*If Plan suspends coverage during grace period for nonpayment, enter and modify as necessary:* If you pay a periodic payment later than the first day of the coverage period to which it applies, but before the end of the grace period for the coverage period, your coverage will be suspended as of the first day of the coverage period and then retroactively reinstated (going back to the first day of the coverage period) when the periodic payment is received. This means that any claim you submit for benefits while your coverage is suspended may be denied and may have to be resubmitted once your coverage is reinstated.]

If you don't make a periodic payment before the end of the grace period for that coverage period, you'll lose all rights to continuation coverage under the Plan.

Your first payment and all periodic payments for continuation coverage should be sent to:

[*enter appropriate payment address*]

# Exhibit B



Statement Date: October 11, 2016



**myHR® website**
www.marriottbenefits.com

   V000677

ALINA E VASQUEZ AND FAMILY
3222 W. CLINTON AVE.
TAMPA FL 33614



**myHR Service Center**
1-888-88-4myHR
between 9 a.m. and 8 p.m., Eastern time,
Monday through Friday

# COBRA Enrollment Notice - Health & Welfare Plan

This notice, together with the enclosed document entitled **Important Information About Your COBRA Continuation Coverage, contains important information about your right to continue your Marriott International, Inc. health coverage, as well as other health coverage alternatives that may be available to you, including coverage through the Health Insurance Marketplace at www.HealthCare.gov or by calling 1-800-318-2596. You may be able to get coverage through the Health Insurance Marketplace that costs less than COBRA continuation coverage.** Please read the information contained in this notice and the attached Important Information document very carefully and keep them for your records.

As a result of your Termination on **October 1, 2016,** your current group health plan coverage ends as listed in the following table. You may choose to remain covered under your current group health plan for up to **18 months.** This coverage is provided through the Consolidated Omnibus Budget Reconciliation Act and is often referred to as "COBRA" coverage.

If elected, COBRA continuation coverage will begin as listed below.

| Group Health Plan | Coverage End Date | COBRA Coverage Begin Date |
|---|---|---|
| Medical | 09-30-2016 | 10-01-2016 |

The cost of COBRA continuation coverage depends on the coverage you select and whom you cover. Detailed cost information is provided in the Group Health Coverage section of this notice.



COBRA Enrollment Notice

## Enrollment

To enroll in COBRA coverage, access myHR® website at **www.marriottbenefits.com** or call the myHR Service Center at **1-888-88-4myHR** no later than **December 22, 2016.** You can enroll yourself and your covered family members. If you don't enroll within that time frame, you forfeit your rights to COBRA coverage.

Each qualified beneficiary has a separate right to elect COBRA continuation coverage. The Family Information page lists each of your covered family members and indicates which individuals are qualified beneficiaries.

## Other Coverage Options

There may be other, more affordable coverage options for you and your family through the Health Insurance Marketplace, Medicaid, or other group health plan coverage options (such as a spouse's plan) through what is called a "special enrollment period", even if the plan generally does not accept late enrollees. In the Marketplace, you could be eligible for a new kind of tax credit that lowers your monthly premiums right away, and you can see what your premium, deductibles, and out-of-pocket costs will be before you make a decision to enroll. Being eligible for COBRA does not limit your eligibility for coverage for a tax credit through the Marketplace.

You should compare your other coverage options with COBRA continuation coverage and choose the coverage that is best for you. For example, if you move to other coverage, you may pay more out of pocket than you would under COBRA, because the new coverage may impose a new deductible.

When you lose job-based health coverage, it's important that you choose carefully between COBRA continuation coverage and other coverage options, because once you've made your choice, it can be difficult or impossible to switch to another coverage option.

**More information on health insurance options through the Marketplace can be found at www.HealthCare.gov.**

COBRA Enrollment Notice

## Group Health Coverage

Below are the coverage options available to you and the monthly cost of each option for the remainder of the current plan year. The Family Information section of this notice lists your dependents currently on file. Only those dependents who were covered prior to the qualifying event may continue coverage under a particular group health plan.

### ■ Medical

|  |  | Coverage Category |
|---|---|---|
| Option |  | 1<br>You Only |
| 0 | No Coverage | $0.00 |
| 237 | Cigna OA Plus InNet (Gold Ta) | $584.84 |



## Events That May Change Continued Coverage

Once your COBRA coverage begins, you may be able to change your COBRA coverage elections based on plan rules if you experience a qualified change in status. You must notify the myHR Service Center by calling **1-888-88-4myHR** within 31 days of the qualified change in status to change your COBRA coverage. See your Summary Plan Description for detailed information on allowable changes in status. Adding family members to COBRA coverage may result in a higher premium for this additional coverage.

You may also change COBRA coverage if a child is born to the covered employee or placed for adoption with the covered employee during the 18-, 29-, or 36-month continuation period. In such case, you must notify the myHR Service Center by calling **1-888-88-4myHR** within 60 days of the birth or placement to cover the new dependent as a qualified beneficiary under COBRA. There may be a higher premium for this additional coverage.

## When Coverage Ends

COBRA coverage will end automatically as detailed below:

| Group Health Plan | COBRA Coverage End Date |
|---|---|
| Medical | 03-31-2018 |

In addition, COBRA coverage will end automatically if any of the following situations occur:

- Marriott stops providing group health benefits
- Premiums are not paid within 30 days of the due date (with the exception of the initial premium, which is due within 45 days of your election date)
- A person eligible for continued benefits becomes covered under any other group health plan or becomes entitled to Medicare

497700012 01995-V000677

COBRA Enrollment Notice

## Billing Information

Once enrolled, you'll receive your first bill for the cost of continuing your coverage from the date your coverage ended through the end of the month in which you make your COBRA election. You must submit your first payment within 45 days of when you elected COBRA coverage.

Following your first payment, you'll be billed each month. Monthly payments are due on the first day of each month. If you fail to submit monthly payments within 30 days of the due date, your coverage will end retroactive to the last day of the last month for which you paid for coverage. Coverage can't be reinstated. All valid payments received will be deposited. Any payments deposited after the coverage was dropped will be refunded and won't extend your coverage.

## Address Information

Be sure to keep your current address information up to date with the myHR Service Center by calling **1-888-88-4myHR**. Doing so is the only way to ensure that important benefit information will reach you.



## Family Information

Below is the information on file for you and your dependents. To protect your privacy, Social Security numbers aren't shown. The Qualified Beneficiary row indicates dependents who are considered qualified beneficiaries. Qualified beneficiaries have independent COBRA election rights and can elect to continue group health plan coverage for themselves if you decline coverage.

| ■ Person Information | You | Dependent No. 3 |
|---|---|---|
| **Name** | ALINA E VASQUEZ | Nelson F. Tornes |
| **Birth Date** | 05-01-1961 | 11-26-1959 |
| **Gender** | Female | Male |
| **Relationship** | -- | Dom. Partner |
| **Disabled Dependent** | -- | |
| **Qualified Beneficiary** | -- | No |

| ■ Coverage Information | You | Dependent No. 3 |
|---|---|---|
| **Medical** | Yes | No |
| **Dental** | No | No |
| **Vision** | No | No |

myHR® is a registered trademark of Hewitt Associates LLC.

497700012 01995-V000677

**Please read and keep this information for future reference.**

## Important Information

### About Your COBRA Continuation Coverage

If you've decided to continue your health care coverage under the federal Consolidated Omnibus Budget Reconciliation Act (COBRA), the following information will help you understand and use your COBRA benefits. **This notice has important information about your right to continue your health care coverage in Marriott plan, as well as other health coverage options that may be available to you, including coverage through the Health Insurance Marketplace at www.HealthCare.gov or by calling 1-800-318-2596. You may be able to get coverage through the Health Insurance Marketplace that costs less than COBRA continuation coverage.** Please read the information in this notice very carefully before you make your decision.

### What is COBRA continuation coverage?

Federal law requires that most group health plans (including Marriott plan) give employees and their families the opportunity to continue their health care coverage when there is a "qualifying event" that would result in a loss of coverage under Marriott plan (the "Plan"). Depending on the type of qualifying event, "qualified beneficiaries" can include employees, their spouses, their domestic partners (including a same-sex spouse in states that recognize same-sex marriages), and their dependent children covered by Marriott plan.

COBRA continuation coverage is the same coverage that Marriott Plan gives to other Plan participants who aren't receiving continuation coverage. Each qualified beneficiary who elects continuation coverage will have the same rights under Marriott Plan as other Plan participants, including open enrollment and special enrollment rights.



Information for COBRA Enrollees

## How long will continuation coverage last?

COBRA establishes required periods of coverage for the continuation of health care benefits. In general, the length of COBRA coverage for each qualifying event is as follows:

| Length of COBRA Coverage | Up to 18 Months | Up to 29 Months | Up to 36 Months |
|---|---|---|---|
| Eligibility | Employee/Retiree, covered spouse, and/or other covered dependents | Disabled employee, covered spouse, covered domestic partner, and/or other covered dependents | Covered spouse, covered domestic partner, and/or other covered dependents |
| Qualifying Event(s) | Loss of coverage due to: <br>■ Employee's end of employment <br>■ Employee's reduction in hours | Coverage is available to employees, spouses, domestic partners and/or other dependents enrolled in COBRA when one is deemed disabled by the Social Security Administration prior to the qualifying event (end of employment or reduction in hours), or at any time during the first 60 days of COBRA coverage. | Loss of coverage due to: <br>■ Divorce or legal separation <br>■ The loss of a dependent child's eligibility for health care coverage under the employer's plan <br>■ Employee's Medicare entitlement <br>■ Employee's Death |

When the qualifying event is the end of employment or reduction of the employee's hours of employment, and the employee became entitled to Medicare benefits less than 18 months before the qualifying event, COBRA continuation coverage for qualified beneficiaries other than the employee lasts until 36 months after the date of the Medicare entitlement.

This notice shows the maximum period of continuation coverage available to the qualified beneficiaries. Read the enclosed COBRA Enrollment Notice for details.

Continuation coverage will be terminated before the end of the maximum period if:

- Any required premium is not paid in full on time,
- A qualified beneficiary becomes covered, after electing continuation coverage, under another group health plan,
- A qualified beneficiary becomes entitled to Medicare benefits (under Part A, Part B, or both) after electing continuation coverage, or
- The employer ceases to provide any group health plan for its employees.

Continuation coverage may also be terminated for any reason the Plan would terminate coverage of a participant or beneficiary not receiving continuation coverage (such as fraud).

## How can you extend the length of COBRA continuation coverage?

If you elect continuation coverage, an extension of the maximum period of coverage may be available if a qualified beneficiary is disabled or a second qualifying event occurs. You must notify the myHR Service Center of a disability or a second qualifying event in order to extend the period of continuation coverage. Failure to provide notice of a disability or second qualifying event may affect the right to extend the period of continuation coverage.

### Disability

Continuation coverage may be available for your family for up to 29 months at a higher premium if the following occurs:

- You, your covered spouse, covered domestic partner, or your covered dependents (including newborn and newly adopted children) are determined to be disabled, as defined by the Social Security Act, prior to the qualifying event or during the first 60 days of continuation coverage;
- The Social Security Administration's (SSA) disability determination is received within the disabled individual's 18 months of continuation coverage;
- The disability must last at least until the end of the 18-month period of continuation coverage; and
- The myHR Service Center is notified of the Social Security Administration's disability determination within 60 days of the disabled qualified beneficiary's receipt of a Social Security disability award. If the disability determination occurred before continuation coverage started, you're required to notify the myHR Service Center within 60 days.

Each qualified beneficiary who has elected continuation coverage will be entitled to the 11-month disability extension if one covered family member qualifies. To receive the coverage extension, you, your covered spouse, covered domestic partner, or your covered dependents must notify the myHR Service Center by calling **1-888-88-4myHR**.

If the disabled qualified beneficiary is determined by the SSA to no longer be disabled, you, your covered spouse, or your covered dependents must notify the myHR Service Center within 30 days after SSA's determination by calling **1-888-88-4myHR**.

### Second Qualifying Event

An 18-month extension of coverage may be available to your spouse, domestic partner, and dependents who elect continuation coverage if a second qualifying event occurs during their first 18 months of COBRA continuation coverage. The maximum amount of continuation coverage available when a second qualifying event occurs is 36 months. These second qualifying events include:

- The employee's death
- The employee's divorce or legal separation
- The employee's entitlement to Medicare (under Part A, Part B, or both)
- A dependent's loss of eligibility for coverage under Marriott-provided health plan

These events can be a second qualifying event only if they would have caused the qualified beneficiary to lose coverage under Marriott-provided health Plan if the first qualifying event had not occurred.

To receive this additional coverage, you, your covered spouse, covered domestic partner, or your covered dependents must notify the myHR Service Center within 60 days after a second qualifying event occurs or within 60 days of the date coverage would end under the Plan because of the second event, whichever is later. To notify the myHR Service Center of the second qualifying event, call **1-888-88-4myHR**.



## How can you elect COBRA continuation coverage?

To elect continuation coverage, you must call the myHR Service Center at **1-888-88-4myHR** by the enrollment deadline provided on the COBRA Enrollment Notice.

Each qualified beneficiary has a separate right to elect continuation coverage. For example, a spouse may elect continuation coverage even if an employee doesn't. Continuation coverage may be elected for only one, several, or all dependent children who are qualified beneficiaries. A parent may elect to continue coverage on behalf of any dependent children. The employee or the employee's spouse or domestic partner can elect continuation coverage on behalf of all the qualified beneficiaries.

In considering whether to elect continuation coverage, you should take into account that you may have other options available to you when you lose group health coverage. For example, you may be eligible to buy an individual plan through the Health Insurance Marketplace. By enrolling in coverage through the Marketplace, you may qualify for lower costs on your monthly premiums and lower out-of-pocket costs. Additionally, you may have special enrollment rights under federal law. You have the right to request special enrollment in another group health plan for which you are otherwise eligible (such as a plan sponsored by your spouse's employer) within 30 days after your group health coverage ends because of the qualifying event listed above. You'll also have the same special enrollment right at the end of continuation coverage if you get continuation coverage for the maximum time available to you. See the section "Other Coverage Options" later in this notice for more information on these other options.

## How much does COBRA continuation coverage cost?

Generally, each qualified beneficiary may be required to pay the entire cost of continuation coverage. The amount a qualified beneficiary may be required to pay may not exceed 102% (or, in the case of an extension of continuation coverage due to a disability, 150%) of the cost to the group health Plan (including both employer and employee contributions) for coverage of a similarly situated Plan participant or beneficiary who isn't receiving continuation coverage. The required payment for each continuation coverage period for each option is described in the COBRA Enrollment Notice.

## When and how must payment for COBRA continuation coverage be made?

### First Payment for Continuation Coverage

If you elect continuation coverage, you don't have to send any payment at the time you enroll by calling the myHR Service Center at **1-888-88-4myHR**. However, you must make your first payment for continuation coverage not later than 45 days after the date of your election. If you don't make your first payment for continuation coverage, in full, not later than 45 days after the date of your election, you'll lose all continuation coverage rights under the Plan. You're responsible for making sure that the amount of your first payment is correct. You'll receive a Billing Notice confirming the amount of the payment. Contact the myHR Service Center at **1-888-88-4myHR** if you've questions about your first payment.

Payments should be sent to:

MARRIOTT
P.O. BOX 1016
CAROL STREAM IL 60132-1016

497700012 01995-V000677

**Periodic Payments for Continuation Coverage**

After you make your first payment for continuation coverage, you'll be required to make periodic payments for each subsequent coverage period. The amount due for each coverage period for each qualified beneficiary is shown on the enclosed COBRA Enrollment Notice. The periodic payments can be made on a monthly basis. Under the Plan, each of these periodic payments for continuation coverage is due as described in the Billing Information section on the COBRA Enrollment Notice. If you make a periodic payment on or before the first day of the coverage period to which it applies, your coverage under the Plan will continue for that coverage period without a break. You'll receive a Billing Notice each period that lists the amount due for the coverage period.

**Grace Periods for Periodic Payments**

Although periodic payments are due on the due date, you'll be given a grace period after the first day of the coverage period to make each monthly payment. The due date and the length of the grace period are listed in the Billing Information Section of the COBRA Enrollment Notice. Your continuation coverage will be provided for each coverage period as long as payment for that period is made before the end of the grace period for that payment. However, if you make a monthly payment after the first day of the coverage period to which it applies, but before the end of the grace period for the coverage period, your coverage will be suspended as of the first day of the coverage period and then retroactively reinstated to the first day of the coverage period when the periodic payment is received. This means that any claim you submit for benefits while your coverage is suspended may be denied and may have to be resubmitted once your coverage is reinstated.

If you fail to make a monthly payment before the end of the grace period for that coverage period, you'll lose all rights to continuation coverage under the Marriott Plan.

## Why is COBRA continuation coverage so expensive?

The cost of the monthly premiums for continuation coverage can come as a surprise if you're accustomed to your employer paying a portion of the cost of health insurance. When you choose continuation coverage, you must pay the full monthly premium amount (the total of what you and your employer were paying for your coverage), plus a 2% administration fee, as allowed by law.

In addition, your first monthly premium payment (due within 45 days of your COBRA enrollment) is likely to be higher than subsequent payments because it may include more than one month of coverage, and is retroactive to the date that you lost your employer-provided coverage.

## When can I enroll?

You, your covered spouse, covered domestic partner, and/or your covered dependent(s) have the right to choose continuation coverage independently. If you or they decide to enroll, COBRA elections must be made within **60** days of the date that coverage is lost, or within **60** days of the statement date on the COBRA Enrollment Notice you receive, whichever is later. If this election period is missed, you and your eligible dependent(s) will lose the opportunity to continue coverage under COBRA.



Information for COBRA Enrollees

## When does COBRA continuation coverage become effective?

Once you enroll in continuation coverage and make your first payment, coverage is effective retroactive to the date your active group health coverage ended. A number of factors can impact how quickly your COBRA enrollment is completed, as the following chart shows.

| What | Coverage ends due to a qualifying event. | Your benefits administrator is notified of a qualifying event. | When notified by you or your employer, your benefits administrator mails a COBRA Enrollment Notice to eligible individuals. | Length of time to make COBRA elections. | Length of time to pay first monthly premium. | Length of time to pay ongoing monthly premiums. |
|---|---|---|---|---|---|---|
| When | | For employer notification within 30 days of your qualifying event. For self-notification within 60 days of your qualifying event. | Within 14 days of receiving notification of qualifying event. | Within 60 days of the date you lose coverage, or the statement date on the COBRA Enrollment Notice, whichever is later. | Within 45 days of the date you elect COBRA coverage. | Within 30 days, due on the first day of each month. |

**Note:** *For the following qualifying events–divorce or legal separation, dependent child ineligibility for coverage, or death–you, your spouse, your domestic partner, and/or covered dependent(s) must notify your benefits administrator of the change.*

## Will I receive a new medical Plan ID card after I enroll?

It depends. Not all health plans will issue new ID cards when you transition from your employer-sponsored coverage to COBRA continuation coverage. If you do enroll in a health Plan that provides new ID cards to COBRA enrollees, you should expect to receive your ID card approximately four to six weeks after your enrollment. Generally, your enrollment will be on file with your health Plan within two weeks of making your COBRA elections. If you need access to health care services before you receive your ID card, please contact your health plan.

## When can I make changes to or drop my COBRA continuation coverage?

Generally, you, your covered spouse, and other covered dependents have the same rights and restrictions as other plan participants to change your coverage during the year and at annual enrollment. In addition, you have the freedom to make election decisions independently from one another. Keep in mind that enrollment in a Health Care Spending Account (HCSA) is limited to individuals participating in a HCSA at the time of the qualifying event, and continues only until the end of the current plan year.

497700012 01995-V000677

Information for COBRA Enrollees

If you want to make a change to or drop your continuation coverage outside of the annual enrollment period, you may need to demonstrate proof of a qualified change in status (such as marriage, divorce, or the birth or adoption of a child). Make sure you notify your benefits administrator of your change in status within the required time period that is stated in your plan rules.



## Other Coverage Options

There may be other, more affordable coverage options for you and your family through the Health Insurance Marketplace, Medicaid, or other group health Plan coverage options (such as a spouse's plan), through what is called a "special enrollment period". By enrolling in coverage through the Marketplace, you may qualify for lower costs on your monthly premiums and lower out-of-pocket costs. Additionally, you may qualify for a 30-day special enrollment period for another group health Plan for which you're eligible (such as a spouse's plan), even if that Plan generally doesn't accept late enrollees. Some of these options may cost less than COBRA continuation coverage. You can learn more about many of these options at **www.HealthCare.gov**.

You should compare your other coverage options with COBRA continuation coverage and choose the coverage that is best for you. For example, if you move to other coverage, you may pay more out of pocket than you would under COBRA, because the new coverage may impose a new deductible.

When you lose job-based health coverage, it's important that you choose carefully between COBRA continuation coverage and other coverage options, because once you've made your choice, it can be difficult or impossible to switch to another coverage option.

### What is the Health Insurance Marketplace?

The Marketplace offers "one-stop shopping" to find and compare private health insurance options. In the Marketplace, you could be eligible for a new kind of tax credit that lowers your monthly premiums and cost-sharing reductions (amounts that lower your out-of-pocket costs for deductibles, coinsurance, and co-payments) right away, and you can see what your premium, deductibles, and out-of-pocket costs will be before you make a decision to enroll. Through the Marketplace, you'll also learn if you qualify for free or low-cost coverage from <u>Medicaid</u> or the <u>Children's Health Insurance Program (CHIP)</u>. You can access the Marketplace for your state at **www.HealthCare.gov**.

Coverage through the Health Insurance Marketplace may cost less than COBRA continuation coverage. Being offered COBRA continuation coverage won't limit your eligibility for coverage or for a tax credit through the Marketplace.

### When can I enroll in Marketplace coverage?

You always have 60 days from the time you lose your job-based coverage to enroll in the Marketplace. That is because losing your job-based health coverage is a "special enrollment" event. **After 60 days, your special enrollment period will end and you may not be able to enroll, so you should take action right away.** In addition, during what is called an "open enrollment" period, anyone can enroll in Marketplace coverage.

To find out more about enrolling in the Marketplace, such as when the next open enrollment period will be and what you need to know about qualifying events and special enrollment periods, visit **www.HealthCare.gov**.

### If I sign up for COBRA continuation coverage, can I switch to coverage in the Marketplace? What about if I choose Marketplace coverage and want to switch back to COBRA continuation coverage?

If you sign up for COBRA continuation coverage, you can switch to a Marketplace Plan during a Marketplace open enrollment period. You can also end your COBRA continuation coverage early and switch to a Marketplace Plan if you've another qualifying event, such as marriage or birth of a child through something called a "special enrollment period". But be careful - if you terminate your COBRA continuation coverage early without another qualifying event, you'll have to wait to enroll in Marketplace coverage until the next open enrollment period, and could end up without any health coverage in the interim.

Information for COBRA Enrollees

Once you've exhausted your COBRA continuation coverage and the coverage expires, you'll be eligible to enroll in Marketplace coverage through a special enrollment period, even if Marketplace open enrollment has ended.

If you sign up for Marketplace coverage instead of COBRA continuation coverage, you can't switch to COBRA continuation coverage under any circumstances.

**Can I enroll in another group health plan?**
You may be eligible to enroll in coverage under another group health Plan (like a spouse's plan), if you request enrollment within 30 days of the loss of coverage.

If you or your dependent [chooses to] elect COBRA continuation coverage instead of enrolling in another group health Plan for which you're eligible, you'll have another opportunity to enroll in the other group health Plan within 30 days of losing your COBRA continuation coverage.

**What factors should I consider when choosing coverage options?**
When considering your options for health coverage, you may want to think about:

- **Premiums**: Your previous plan can charge up to 102% of total plan premiums for COBRA coverage. Other options, like coverage on a spouse's plan or through the Marketplace, may be less expensive.

- **Provider Networks**: If you're currently getting care or treatment for a condition, a change in your health coverage may affect your access to a particular health care provider. You may want to check to see if your current health care providers participate in a network, as you consider options for health coverage.

- **Drug Formularies**: If you're currently taking medication, a change in your health coverage may affect your costs for medication - and in some cases, your medication may not be covered by another plan. You may want to check to see if your current medications are listed in drug formularies for other health coverage.

- **Severance Payments**: If you lost your job and got a severance package from your former employer, your former employer may have offered to pay some or all of your COBRA payments for a period of time. In this scenario, you may want to contact the Department of Labor at 1-866-444-3272 to discuss your options.

- **Service Areas**: Some plans limit their benefits to specific service or coverage areas – so if you move to another area of the country, you may not be able to use your benefits. You may want to see if your plan has a service or coverage area, or other similar limitations.

- **Other Cost Sharing**: In addition to premiums or contributions for health coverage, you probably pay copayments, deductibles, coinsurance, or other amounts as you use your benefits. You may want to check to see what the cost-sharing requirements are for other health coverage options. For example, one option may have much lower monthly premiums, but a much higher deductible and higher copayments.

More information on health insurance options through the Marketplace can be found at **www.HealthCare.gov**.



## For More Information

This notice doesn't fully describe continuation coverage or other rights under the Plan. More information about continuation coverage and your rights under the Plan is available in your Summary Plan Description or from the Plan Administrator.

If you've any questions concerning the information in this notice or your rights to coverage or if you want a copy of your summary plan description, you should contact the myHR Service Center at **1-888-88-4myHR**.

For more information about your rights under ERISA, including COBRA, the Patient Protection and Affordable Care Act, and other laws affecting group health plans, visit the U.S. Department of Labor's Employee Benefits Security Administration (EBSA) website at **www.dol.gov/ebsa** or call their toll-free number at 1-866-444-3272. For more information about health insurance options available through a Health Insurance Marketplace, and to locate an assister in your area who you can talk to about the different options, visit **www.HealthCare.gov.**

## Keep Your Plan Informed of Address Changes

In order to protect your and your family's rights, you should keep the myHR Service Center informed of any changes in your address and the addresses of family members. You should also keep a copy, for your records, of any notices you send to or receive from the myHR Service Center.